David L. Fiol [SBN 203546]
BRENT, FIOL & PRATT LLP
1000 Fourth Street, Suite 750
San Rafael, CA  94901
Telephone:     (415) 259-4420
Email: dfiol@bfplawyers.com

*Attorneys for Plaintiff Bobbie Stein*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE STEIN,<br><br>        Plaintiff,<br><br>v.<br><br>SERGEANT CATHERINE CARR and OFFICER KRISTINA FOSTER,<br><br>        Defendants. | Case No. 3:16-cv-01172-JCS<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge: Chief Magistrate Joseph C. Spero |

The parties wish to inform the court that all claims were resolved in the course of the ENE session conducted yesterday, January 25, 2017.  In light of the settlement they jointly request that the court continue to a later date the case management conference currently set for February 3, 2017, and vacate all other case management deadlines.

In light of the need for preparation and execution of a release and settlement agreement and consequent approval of the settlement by the Piedmont City Council, the parties request that the new conference date be set on or after May 1, 2017.  The parties expect that plaintiff will be able to file a Request for Dismissal by that date.

Respectfully submitted,

Dated:  January 26, 2017        BRENT, FIOL & PRATT, LLP

                                By:  _____/s/_____
                                      David L. Fiol
                                      Attorneys for the Plaintiff

1

Dated: January 26, 2017       BERTRAND, FOX, ELLIOT,
                              OSMAN & WENZEL

                              By:      _____/s/_____
                                       Gregory M. Fox
                                       Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Case Management Conference currently set for February 3, 2017 at 2 pm is continued to _____, 2017 at _____. All other case management deadlines and dates are vacated.

Dated: _____

                                       _____
                                       Hon. Joseph C. Spero
                                       Chief United States Magistrate Judge