David L. Fiol [SBN 203546]
BRENT, FIOL & PRATT LLP
1000 Fourth Street, Suite 750
San Rafael, CA 94901
Telephone: (415) 259-4420
Email: dfiol@bfplawyers.com

Attorneys for Plaintiff Bobbie Stein

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE STEIN,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT CATHERINE CARR and OFFICER KRISTINA FOSTER,<br><br>Defendants. | Case No. 3:16-cv-01172-JCS<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION**<br><br>Judge: Chief Magistrate Joseph C. Spero |

WHEREAS the parties participated in court-sponsored mediation and reached a settlement of all claims,

THEREFORE, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), by and through their respective counsel of record, the parties stipulate that this action shall be DISMISSED WITH PREJUDICE in its entirety, with each party to the action to bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: February 19, 2017

BRENT, FIOL & PRATT, LLP

By: _____
David L. Fiol
Attorneys for Plaintiff

Dated: February 28, 2017

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____
Gregory M. Fox
Attorneys for All Defendants

GRANTED
Judge Joseph C. Spero

Dated: March 30, 2017

STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION                    3:16-CV-01172-JCS